**David A. Schuck,** OSB 993564, WSB 37285
E-Mail: dschuck@wageclaim.org
**Karen A. Moore**, OSB 0409225, WSB 42476
E-Mail: kmoore@wageclaim.org

**SCHUCK LAW, LLC**
Attorneys at Law
9208 NE Hwy 99 #107-84 • Vancouver, WA 98665
Tel (360) 566-9243 • Fax (503) 575-2763
    Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

| | |
|---|---|
| **MARCUS LEWIS**, an individual,<br><br>        **Plaintiff,**<br><br>v.<br><br>**TOEZPECUNIA, INC.,** a domestic corporation, dba Sweet Illusions,<br><br>        **Defendant**. | Case No. 17-cv-00698-MC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

**COMES NOW** the above named Plaintiff, Marcus Lewis, and notices the Court that Plaintiff dismisses the above case with prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and without costs or attorney fees to either party. This Notice is being filed before Defendant has filed an Answer or motion for summary judgment, or otherwise appeared in the case.

DATED: July 11, 2017.        Schuck Law, LLC

                                                    /s/ Karen A. Moore
                                       KAREN A. MOORE, Esquire
                                       OSB # 040922, WSB # 42476
                                       (360) 566-9243
                                       Attorney for Plaintiff

# CERTIFICATE OF SERVICE
*Marcus Lewis v. Toezpecunia, Inc.*, case no. 17-CV-00698-MC

I hereby certify that I caused to be served the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** upon:

    Brian Cox
    Law Offices of Brian Cox
    142 W 8th Ave
    Eugene, OR 97401
    bcox@coxassociates.info
        Attorney for Defendant

by **emailing** a full, true, and correct copy thereof to the person(s) above at on July 11, 2017.

    DATED:  July 11, 2017.

        Schuck Law, LLC

        \_\_\_/s/ Karen A.  Moore_____
        KAREN A.  MOORE, Esquire
        OSB # 040922, WSB # 42476
        (360) 566-9243
        Attorney for Plaintiff